Approved.

s/ ack Zouhar
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES SNYDERBURN, | ) | CIVIL COMPLAINT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-2222 |
| | ) | |
| LEGACY ACQUISITION GROUP, | ) | |
| LLC and RUFUS FINLAYSON, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff JAMES SNYDERBURN and hereby dismisses this case with prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: July 6, 2020

By: s/ Geoffrey Parker
Geoffrey C. Parker (0096049)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd, Suite 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
gparker@hiltonparker.com
www.hiltonparker.com